COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Frederick Builders & Remodeling, Inc. v. Ellen  R. Love

Appellate case number:    01-19-00987-CV

Trial court case number:  2016-809940

Trial court:              113th District Court of Harris County

Appellant, Frederick Builders & Remodeling, Inc., has filed an unopposed motion for extension of time for the clerk's record and reporter's record to be filed. The clerk's record was due on February 4, 2020 but has yet to be filed. The reporter's record is due on March 9, 2020, but appellant has yet to make payment arrangements with the court reporter. The parties have been ordered to mediate by February 26, 2020. Appellant requests the deadlines for the records be extended until two weeks after the parties mediate or until such time as the Court deems appropriate.

Appellant's motion is **granted** as to the clerk's record. The clerk's record is due 30 days from the date of this order. Appellant's motion is **denied** as to the reporter's record at this time.

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                             Acting individually

Date:  February 13, 2020